**AKIN GUMP STRAUSS HAUER & FELD LLP**
MICHAEL J. STORTZ (SBN 139386)
580 California Street, Suite 1500
San Francisco, CA  94104-1036
Telephone:       (415) 765-9500
Facsimile:        (415) 765-9501
Email:             mstortz@akingump.com

Attorneys for Defendant
COMCAST CORPORATION

**KRISTENSEN WEISBERG, LLP**
John Peter Kristensen (SBN 224132)
12304 Santa Monica Boulevard, Suite 100
Los Angeles, CA 90025
Telephone:       (310) 507-7924
Facsimile:        (310) 507-7906
Email:             john@kristensenlaw.com

Attorneys for Plaintiffs
MELINDA BROWN, GREGORIE GREEN,
ANETTE AVILA, MITCHELL BREWER,
TONI BENEDICT, RICHARD PERDUE,
SAMUEL BALTIERRA, and JULIE EVERTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA BROWN, GREGORIE GREEN, ANETTE AVILA, MITCHELL BREWER, TONI BENEDICT, RICHARD PERDUE, SAMUEL BALTIERRA, and JULIE EVERTS,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, a Pennsylvania Corporation,<br><br>Defendants. | Case No. C 3:16-cv-03649-JST<br><br>**JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |

Plaintiffs Melinda Brown, Gregorie Green, Anette Avila, Mitchell Brewer, Toni Benedict, Richard Perdue, Samuel Baltierra, and Julie Everts ("Plaintiffs") and Defendant Comcast Corporation ("Comcast") (collectively, the "Parties"), by and through their undersigned counsel of record and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of Plaintiffs' claims as follows.

WHEREAS, Plaintiffs initiated the above-captioned action on June 28, 2016.  *See* Compl. (Dkt. No. 1) (the "Action").

WHEREAS, on November 9, 2016, Comcast filed a Motion to Compel Plaintiffs' Claims to Individual Arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16 and their written arbitration agreements ("Subscriber Agreements") with Comcast.  *See* Comcast's Motion to Compel Arbitration (Dkt. No. 24) ("Comcast's MTCA").

WHEREAS, Plaintiffs did not oppose Comcast's MTCA.

WHEREAS, on December 21, 2016, this Court granted Comcast's MTCA.  *See* Order Granting MTCA (Dkt. No. 28) at 2:12-14 ("Because the plain terms of the Subscriber Agreement require the parties to arbitrate the claims at issue here, the Court grants the Defendant's motion and orders the parties to proceed to arbitration.").

WHEREAS, the Court stayed the action "pending completion of arbitration."  *Id.* at 2:14-15.

WHEREAS, following the Court's Order Granting Comcast's MTCA, Plaintiffs did not initiate arbitration proceedings pursuant to their Subscriber Agreements, either by serving a demand for arbitration or otherwise.

WHEREAS, the Parties, through counsel, have met and conferred in advance of the Case Management Conference currently scheduled for November 28, 2018 (*see* Dkt. No. 36).

WHEREAS, the Parties agree that, consistent with the Court's Order Granting Comcast's MTCA, Plaintiffs may dismiss the Action without prejudice and on the condition that Plaintiffs, and each of them, shall present any claims alleged on any Plaintiff's behalf in the Action only in separate and individual arbitrations before the American Arbitration Association ("AAA"), as provided by the Subscriber Agreements.

NOW THEREFORE, the Parties hereby stipulate to and agree as follows:

1. The Action is dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1).
2. Said dismissal is without prejudice and on the condition that Plaintiffs, and each of them, shall present any claims alleged on any Plaintiff's behalf in the Action only in separate and individual arbitrations before the AAA, as provided by the Subscriber Agreements.

Dated:  November 26, 2018                      AKIN GUMP STRAUSS HAUER & FELD LLP

By  /s/ Michael J Stortz
Michael J Stortz
Marshall L. Baker
Attorneys for Defendant
COMCAST CORPORATION

Dated:  November 26, 2018                      KRISTENSEN WEISBERG, LLP

By  /s/ John P. Kristensen
John P. Kristensen
Attorneys for Plaintiffs

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 26th day of November, 2018, in San Francisco, California

Dated:  November 26, 2018                      By  /s/ Michael J Stortz
Michael J Stortz

**[PROPOSED] ORDER**

Based on the foregoing Stipulation of the parties, and for good cause shown,

**IT IS SO ORDERED.**

Dated:  _____              _____
Honorable Judge Jon S. Tigar
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1999 Avenue of the Stars, Suite 600, Los Angeles, California 90067. On November 26, 2018, I served the foregoing document(s) described as:

**JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 26, 2018 at Los Angeles, California.

Carmen M. Ayala
[Print Name of Person Executing Proof]     [Signature]